AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF   NEVADA

BILLY DALE WELLESLEY,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER:  **3:10-cv-00183-LRH-RAM**

Chief Financial Officer, and Officers,
John Does and Jane Does, of Capital
One Bank,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is DISMISSED without prejudice.

| | |
|---|---|
| November 8, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |